

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2021

No. 04-21-00443-CV

**IN THE INTEREST OF J.J.H**., a child,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01604
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The reporter's record was due on October 25, 2021. The court reporter filed a notification of late record. The notification of late reporter's record is hereby NOTED. Time is extended to November 24, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court